

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00165-CR

_____

KELON DEWON DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 14-0392x

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Kelon Dewon Davis pled true to the State's motion to adjudicate his guilt for evading arrest or detention with a previous conviction and was sentenced to fourteen months' incarceration. His notice of appeal was timely filed September 15, 2016. The clerk's record was filed November 18, 2016, and the reporter's record was filed November 28, 2016, making Davis' brief originally due December 28, 2016. When neither the brief nor a request for extension of time in which to file the brief was filed before the due date, this Court, sua sponte, extended the briefing deadline fifteen days and advised Davis that his brief was due on or before January 20, 2017. To date, no brief has been filed.

Davis is represented by retained counsel, Vernard G. Solomon. After having received this Court's late brief notice, Solomon advised this Court by telephone that Davis may have left the country. In light of Solomon's representation to this Court that Davis may have absconded, and in light of the fact that no brief has been filed, we abate this case to the trial court pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure for a hearing to determine why counsel has not filed the brief, whether the brief can be promptly filed with this Court irrespective of Davis' whereabouts, whether Davis desires to prosecute his appeal, and whether he is indigent. *See* TEX. R. APP. P. 38.8(b)(2). The hearing is to be conducted within fifteen days of the date of this order. The trial court may also address other matters as it deems appropriate.

The trial court's findings and recommendations on the issues set forth above shall be entered into the record of the case and presented to this Court in the form of a supplemental clerk's record within fifteen days of the date of the hearing. *See* TEX. R. APP. P. 38.8(b)(3). The reporter's

record of the hearing shall also be filed with this Court in the form of a supplemental reporter's record within fifteen days of the date of the hearing. *See id.*

All appellate timetables are stayed and will resume on our receipt of (1) the appellant's brief or (2) the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date:   February 2, 2017